**CIVIL CAUSE FOR CONFERENCE:** Oral Argument 11:10 AM – 11:50 AM

Before JUDGE: **GLEESON**  DATE: 11/6/09  TIME: 10:10 AM – 10:35 AM
Docket Number: 09 CV 3930

TITLE: A to Z Holding Company, Inc v. Empire Kosher Poultry, Inc.

Courtroom Deputy: Ilene Lee  CR: Sheldon Silverman

APPEARANCES:

FOR PLAINTIFF: Yoav M. Griver, Jonathan Robbin, Kenneth L. Sherman (via telephone).

FOR PLAINTIFF: _____

FOR DEFENDANT: Susan Progoff, Leslie M.F. Spencer, N. Ari Weisbrot.

FOR DEFENDANT: _____

✓ CASE CALLED.

___ COUNSEL FOR _____ NOT PRESENT.

___ STATUS CONFERENCE HELD.

___ CASE MARKED READY FOR JURY TRIAL ON _____ @ _____.

___ PARTIES ADVISE THE COURT THAT THE CASE HAS BEEN SETTLED.

___ ALL DISCOVERY TO BE COMPLETED BY _____.

✓ **Plaintiff's** MOTION ~~to~~ for an Preliminary Injunction [#6]

___ PRE-MOTION CONFERENCE HELD.

BRIEFING SCHEDULE:
Motion due: _____  Opposition/Response due: _____  Replies due: _____

✓ ORAL ARGUMENT/~~MOTION HEARING~~ HELD  ___ Motion GRANTED  ___ Motion DENIED

___ DECISION RESERVED  ✓ DECISION READ INTO THE RECORD. ✱

___ ORDER TO BE SUBMITTED BY _____

___ ORAL ARGUMENT/MOTION HEARING ADJOURNED TO _____.

- Motion for an adjudication of contempt is denied. ✱
- Motion for a preliminary injunction is granted in part and denied in part. ✱
- An Order will also be filed via ECF separately.